**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000763
09-JUL-2015
09:47 AM**

NO. CAAP-12-0000763

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
LOGAN I. FRANCO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(Wailuku Division)
(CASE NO. 2DTA-11-00364)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on May 28, 2015, is hereby corrected as follows,

1. On page 3, at the beginning of the sentence in the twenty-fifth line, the reference to "Franco' father" should be corrected to read "Franco's father".

2. On page 4, in the seventeenth line, the reference to the year "2105" in the citation should be corrected to "2015."

---

[1] Nakamura, Chief Judge, and Foley and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 9, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge